## THE STATE OF KANSAS v. I. N. PHILLIPS.

PROSECUTION for violating the prohibitory liquor law. Trial at the June Term, 1884, of the district court of Johnson county. The defendant *Phillips* was found not guilty, and the court rendered judgment discharging him. From this judgment *The State* attempts to appeal.

*John T. Little*, county attorney, for The State.

*J. P. Hindman*, for defendant.

*Per Curiam:* This was a criminal prosecution for selling intoxicating liquor in violation of the prohibitory liquor law of 1881. The defendant was arraigned, pleaded not guilty, was tried before the court and a jury, and found not guilty. Judgment was rendered by the court discharging the defendant; and from this judgment the state attempts to appeal to this court. Of course no such appeal can be had, and upon the authority of the following cases the appeal will be dismissed: *The State v. Carmichael*, 3 Kas. 102; *City of Olathe v. Adams*, 15 id. 391; *City of Oswego v. Belt*, 16 id. 480; *The State v. Crosby*, 17 id. 396.